### 1419 MARATHON TOWNSHIP vs. OREGON TOWNSHIP, 8 M., 371.

Where after the division of a township, the township boards have made and determined the amount of the township indebtedness to be paid by the new township, such amount is a fixed and liquidated demand against such new township, which it is the duty of the township board to allow, and if such board refuses to perform such duty, mandamus to compel its performance is the proper remedy and not assumpsit.

### 1420 COYLE (Township Treasurer, Greenbush) vs. VENN (Township Treasurer, Mikado), No. 13123.

To compel payment of certain orders, the amount of which was agreed upon at the time of the creation of the respondent township, out of territory formerly included in the township of Greenbush.

Denied November 16, 1892, with costs, but without prejudice.

The answer set up that the respondent township agreed to pay the amount of said orders upon representations made by relator, as to the indebtedness, which were entirely false, and that respondent had been deceived and misled, and further, that there were no funds out of which said orders were payable.